**COMMITMENT TO ANOTHER DISTRICT**
Rule 40 Federal Rules of Criminal Procedures

*AMENDED* *FILED*

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs Marina Avila Morales-Maguna | Docket Number<br><br>Magistrate Case Number<br>1:08-mj-00125 GSA |

JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☒ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ OTHER (SPECIFY)

CHARGING A VIOLATION OF: 21, 18 U.S.C. § SECTION 846 1956(h), 841(a)(1), 846 & 853(a) 1956(h) + 982(a)(1)

DISTRICT OF OFFENSE: Western District of TX, San Antonio Division

DESCRIPTION OF CHARGES: Conspiracy to Distribute a Controlled Substance

**CURRENT BOND STATUS:** ___ Bail fixed at _____ and conditions were not met
✓ Government moved for detention and defendant detained after hearing in District of Arrest
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

**Representation:** ___ Retained Counsel ✓ Federal Defender ___ CJA Attorney ___ None

**Interpreter Required?** ___ No ✓ Yes Language: Spanish

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

Date 6/23/08

GARY S. AUSTIN, United States Magistrate Judge

**RETURN**

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

as of 10/2000